AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**NORTHERN** DISTRICT OF **CALIFORNIA**

FILED
2007 SEP 10  P 3: 49

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

REINA ALVARADO SANTOS
a/k/a ESMERALDA FERNANDEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: 07-70534-PVT

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **June 27, 2006** in **Monterey** county, in the **Northern** District of **California** defendant(s) did, (Track Statutory Language of Offense)

knowingly make a false statement in an application for a United States passport by falsely claiming that her true name was Esmeralda Fernandez,

in violation of Title **18** United States Code, Section(s) **1542**

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:

Please see attached affidavit.

Penalties: 10 years imprisonment, $250,000 fine, 3 years supervised release, $100 special assessment

No Bail Warrant Requested

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Approved As To Form: _____ AUSA: SUSAN KNIGHT

_____
Name/Signature of Complainant:

Sworn to before me and subscribed in my presence,

September 10, 2007 at San Jose, CA
Date                                     City and State

Honorable Patricia V. Trumbull
United States Magistrate Judge
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

NORTHERN DISTRICT OF CALIFORNIA
                                                ) ss. AFFIDAVIT
County of Monterey, CA                          )

AFFIDAVIT IN SUPPORT OF A CRIMINAL
COMPLAINT CHARGING REINA ALVARADO SANTOS
a.k.a. ESMERALDA FERNANDEZ
WITH VIOLATING 18 U.S.C. 1542

**Introduction and Purpose**

1. I am a Special Agent employed by the Diplomatic Security Service (DSS) which is an agency of the United States Department of State. DSS Special Agents are empowered under Title 22, United States Code, Section 2709 to investigate passport fraud and to apply for and serve arrest warrants.

2. I have a bachelor's degree from the University of Minnesota, and I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have been employed by DSS since October 2005, and have received and receive on an ongoing basis, training in the laws, rules and regulations concerning passports.

3. This affidavit establishes probable cause to arrest Reina Alvarado Santos for False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542. Reina Alvarado Santos is alleged to have applied for a United States passport in the false name of Esmeralda Fernandez. This affidavit does not contain every fact, piece of information or evidence concerning this alleged violation, however, no detail of exoneration has been excluded.

**Passports in General**

4. The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

**Facts Supporting Probable Cause**

5. On or about June 27, 2006, a person purporting to be Esmeralda Fernandez submitted an application for a United States passport at the Watsonville, California Post

Office, which is located in the Northern District of California. The application was referred to DSS for criminal investigation because of the presence of fraud indicators. I have reviewed the application and other State Department records and learned that this person submitted a photograph, signed the signed the application, and swore the following information to be true:

Name: Esmeralda Fernandez
Birth date: July 27, 1976
Place of birth: Watsonville, CA
Mother's Name: Gloria Esther Duarte
Mother's Place of Birth: Mexico
Father's Name: Jesus Fernandez
Father's Place of Birth: Mexico
Social Security Number: XXX-XX-6735
California Driver's License: A9468193

6. In August 2006, I reviewed records, photographs, and a right-hand fingerprint on file with the California Department of Motor Vehicles (DMV) for Esmeralda Fernandez's California driver's license, number A9468193, which was submitted with the aforementioned passport application. I then compared this DMV photograph with the photograph submitted with the passport application, and observed the person in them to be one and the same.

7. Historically, California driver's license number A9468193 depicted two different individuals. On October 6, 2006, I submitted fingerprints on file from 1991, 1995, and 2005 driver's license applications associated with the above-mentioned number to the Department of Homeland Security (DHS) for review and comparison. DHS reported that the 1991 and 1995 thumb prints matched, and the 2005 prints belonged to a different individual. In addition, the name on the license changed from Esmeralda Fernandez, from the 1991 application, to Esmeralda Fernandez Rocha from the 1995 application, and then back to Esmeralda Fernandez in 2005.

8. I have also learned that national records indicate that there were two state driver's licenses issued to the Esmeralda Fernandez identity. Specifically, the California driver's license, number A9468193, mentioned above, and an Arizona driver's license, number D01020903, registered to Esmeralda Rocha. I requested the image from Arizona driver's license and found it matched the 1991/1995 California license holder. I conducted additional database checks and found that the Esmeralda Rocha identity moved from Salinas, California to El Mirage, Arizona in 2001.

9. On September 10, 2007, I interviewed the person purporting to be Esmeralda Fernandez with Special Agent Miguel Suau of DSS. Special Agent Suau is fluent in Spanish, and spoke to the individual in Spanish. She then provided a voluntary statement. She admitted that her true name is Reina Alvarado Santos, not Esmeralda

Fernandez, and that her true birth date is September 6, 1982. She also admitted that she applied for a United States passport in the name of Esmeralda Fernandez and she has a California driver's license and Social Security number in the same name. She stated that she has falsely used the identity of Esmeralda Fernandez for two years.

10. I know from the facts mentioned above, training, and experience that Reina Alvarado Santos was the applicant for the above mentioned passport. It has been my experience that persons who otherwise would not be able to legally obtain a U.S. passport often use false identification documents to obtain a passport. These persons are often illegal aliens who seek to pose as a U.S. citizen, or use a passport to create false identities to further criminal activities, or both.

**Conclusion**

9. Based on the facts and information detailed in the affidavit, I believe probable exists that Reina Alvarado Santos made a False Statement in Application for a Passport, in violation of 18 U.S.C. § 1542, when she falsely stated her name was Esmeralda Fernandez on the aforementioned passport application which was submitted at the Watsonville Post Office in the Northern District of California. As such, I respectfully request a warrant for her arrest.

Michelle Gregory
Special Agent
Diplomatic Security Service
San Francisco Field Office

SUBSCRIBED AND SWORN BEFORE ME
ON September 10, 2007

PATRICIA V. TRUMBULL
United States Magistrate Judge