E-FILING

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

2007 SEP 21  A 11: 53

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA. S.J

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07 00604 |
| Plaintiff, ) | VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Possession of a False or Stolen United States Identification Document (Class A Misdemeanor) |
| v. ) | |
| REINA ALVARADO SANTOS, ) a/k/a Esmeralda Fernandez, ) | |
| Defendant. ) | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about June 27, 2006, in the Northern District of California, the defendant

REINA ALVARADO SANTOS,
a/k/a Esmeralda Fernandez,

knowingly possessed an identification document and authentication feature that was or appeared to be an identification document and authentication feature of the United States, to wit: a United States Social Security card in the name of Esmeralda Fernandez, which document was stolen and produced without lawful authority, knowing that such document and feature was stolen and

//

//

INFORMATION

1  produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6),
2  a Class A misdemeanor.
3
4  DATED: 9/21/07                    SCOTT N. SCHOOLS
                                     United States Attorney
5
6
7                                    _____
                                     DAVID R. CALLAWAY
                                     Deputy Chief, San Jose Branch Office
8
9  (Approved as to form: /s/ Susan Knight )
                         AUSA SUSAN KNIGHT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

## OFFENSE CHARGED

18 U.S.C. § 1028(a)(6) - Possession of False Identification Documents

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:** 1 year imprisonment, $100,000 fine, $25 special assessment, 1 year supervised release

FILED E-FILING 2007 SEP 21 A 11: 58 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CA, S.J.

### DEFENDANT - U.S.
▶ REINA ALVARADO SANTOS

**DISTRICT COURT NUMBER**
CR 07 00604 RS

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any): **Diplomatic Security Service**

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. **07-70534 PVT**

Name and Office of Person Furnishing Information on THIS FORM: **SCOTT N. SCHOOLS**
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): **SUSAN KNIGHT**

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed _____ Month/Day/Year

**DATE OF ARREST** ▶ _____ Month/Day/Year
Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____ Month/Day/Year

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments: