BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant SANTOS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00604 RS |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S MOTION TO** |
| | ) | **EXONERATE BOND;** |
| vs. | ) | **[PROPOSED] ORDER** |
| | ) | |
| REINA ALVARADO SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    Defendant Reina Alvarado Santos, through her attorney, Assistant Federal Public Defender Lara S. Vinnard, hereby moves the Court for an order exonerating the surety bond set by the Court on September 19, 2007, in the above-captioned case.  The defendant's case has resolved, and she received a time-served sentence.

    Undersigned counsel has contacted Assistant United States Attorney, Susan Knight and she has stated that she has no objections.

Dated: 10/15/07                              Respectfully submitted,

                                                    BARRY J. PORTMAN
                                                    Federal Public Defender
                                                    /s/

                                                    LARA S. VINNARD
                                                    Assistant Federal Public Defender

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-00605 RS |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER EXONERATING BOND** |
| | ) | |
| vs. | ) | |
| | ) | |
| REINA ALVARADO SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the bond set by the Court on September 19, 2007, is exonerated.

IT IS SO ORDERED.

Dated: October____, 2007

                                                           HONORABLE PATRICIA V. TRUMBULL
                                                           United States Magistrate Judge

Motion and [Proposed] Order to Exonerate Bond       2