FILED

OCT 16 2007

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 07-00605 RS |
|---|---|---|
| Plaintiff, | ) | [~~PROPOSED~~] ORDER EXONERATING BOND |
| vs. | ) | |
| REINA ALVARADO SANTOS, | ) | |
| Defendant. | ) | |

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the bond set by the Court on September 19, 2007, is exonerated.

IT IS SO ORDERED.

Dated: October 16, 2007

_____
HONORABLE PATRICIA V. TRUMBULL
United States Magistrate Judge RICHARD SEEBORG

Motion and [Proposed] Order to Exonerate Bond    2