11/13/2007 06:55 PM EDT

Version 7.0

## Case Debt Type Payment Report
### U.S. Courts

San Jose

| Party # | Party Name | Case No. | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 001 | REINA ALVARADO SANTOS | DCAN507CR000604 | 504100 | US V SANTOS SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 5461001812 | 0 | PR | 25.00 | 10/04/2007 |

Division Payment Total  25.00

Grand Total  25.00

Page 1 of 1

**FILED NOV 19 2007**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

$25.00  SPECIAL ASSESSMENT  ON 10/4/07
PAID IN FULL